# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:

PURDUE PHARMACEUTICALS L.P., *et al.*,

                Debtors.

------------------------------------------------------------X

BRYAN C. DUNAWAY., *et al.*,

                Appellants,                19 **CIVIL** 10941 (CM)
                                                        20 **CIVIL** 3048 (CM)

      -against-                             **JUDGMENT**

PURDUE PHARMACEUTICALS L.P., *et al.,*

                Appellees.

------------------------------------------------------------X

   It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 11, 2020, the Bankruptcy Court's orders entering and extending the Preliminary Injunction are AFFIRMED; accordingly, the cases are closed.

**Dated:**  New York, New York
         August 11, 2020

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                       **BY:**    *K. Mango*

                                                                    **Deputy Clerk**